IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | Civil Action 2:11-cv--130 |
| v. | : | Judge Sargus |
| Thirty-six (36) 300CC on road scooters, Model WF300-SP, (D One), *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |
| | : | |

## Discovery Order

Claimant's January 6, 2012 motion to compel discovery (doc. 18) is DENIED as moot. The United States has been making a rolling production of documents. In its February 2 response to the motion, the United States acknowledges that it has not produced documents as expeditiously as it should have and states that it continues to provide discovery responses. On February 9, the United States filed notices regarding its responses to interrogatories and requests for admission. Claimant did not file a reply brief supporting the motion to compel.

If there are specific discovery requests that the United States has failed to respond to in a timely manner, claimant's counsel should call my office (614.719.3370) to schedule a conference to compel responses by a definite date. Before the conference, counsel should email me the discovery requests, responses, and communications regarding them.

s/Mark R. Abel
United States Magistrate Judge