IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00130 |
| v. | : | Judge Sargus |
| Thirty-sic (36) 300cc On Road Scooters, Model WF300-SP, *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |

# **ORDER**

The United States' September 18, 2012 request for a status conference (doc. 27) is GRANTED. Counsel are DIRECTED to telephone my office (614.719-3370) at 2:00 p.m. on October 4, 2012.

s/ Mark R. Abel<br>
United States Magistrate Judge